

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00129-CV

**IN THE ESTATE OF JOSE ALFREDO MENDOZA**, Deceased,

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16-041
Honorable Romero Molina, Judge Presiding

## O R D E R

    The Appellee's Motion for Leave to Amend Certificate of Compliance and to Exceed Word County Limit is GRANTED.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court